BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LISA R. FERREIRA, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 1:10-CV-01606-SKO <br><br> STIPULATION AND ORDER GRANTING FIRST EXTENSION FOR DEFENDANT TO LODGE CERTIFIED ADMINISTRATIVE RECORD |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to lodge the certified administrative record. The undersigned attorney for Defendant was reassigned this case on January 5, 2011, and does not yet have a copy of the certified administrative record from the Social Security Administration's Office of Disability Adjudication and Review. As soon as counsel for Defendant receives the certified administrative record, counsel can lodge the record with the Court. The current due date for the lodging of the record is January 21, 2011; the new due date for the lodging of the record will be February 21, 2011. Counsel for Defendant sincerely

Stip. & Order for Extension               1

apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Respectfully submitted,

Dated: January 6, 2011                   */s/ Young Cho*
                                         (As authorized via email)
                                         YOUNG CHO
                                         Attorney for Plaintiff


                                         BENJAMIN B. WAGNER
                                         United States Attorney

Date: January 6, 2011                    By *s/ Daniel P. Talbert*
                                         DANIEL P. TALBERT
                                         Special Assistant U. S. Attorney

## **ORDER**

Upon the parties' stipulation, IT IS ORDERED that Defendant shall lodge the certified administrative record **by no later than February 21, 2011**.  All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

**Dated:   January 7, 2011**                   /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Extension              2